UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| IN RE: FIFTH THIRD EARLY ACCESS CASH ADVANCE LITIGATION | ) ) ) ) ) ) ) ) ) | 

Case No. 1:12-cv-00851-MRB

(Judge Michael R. Barrett)

**NOTICE OF APPEARANCE OF JAMES E. BURKE**

PLEASE TAKE NOTICE that James E. Burke, of the law firm Keating, Muething & Klekamp, PLL, One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202, who is admitted to practice before this Court, is appearing in this matter and hereafter shall serve as co-counsel for Fifth Third Bank. Counsel's contact information appears below. Please forward copies of all future pleadings, notices and/or correspondence to the undersigned's attention.

Respectfully submitted,

/s/ James E. Burke
James E. Burke (0032731)
One East Fourth St.
Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
jburke@kmklaw.com
*Attorney for Fifth Third Bank*

OF COUNSEL:
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE OF JAMES E. BURKE was filed via the Court's CM/ECF system and, therefore, served upon all counsel of record this 30th day of October, 2017.

                                      /s/ James E. Burke
                                      James E. Burke (0032731)

7970184.1