IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: Fifth Third Early Access Cash Advance Litigation | ) CASE NO. 1:12-cv-00851-MRB<br>)<br>) DISTRICT JUDGE MICHAEL R. BARRETT<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, William R. Klopfenstein, Adam McKinney, Donald E. Adanich, Lyn A. Adanich, D. Scott Little, Lori Laskaris, Daniel Laskaris, Brian Harrison, Diana Horn, Janet Fyock, and Jesse McQuillen (collectively, "Plaintiffs") appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Opinion and Order granting Defendant Fifth Third Bank's Motion to Dismiss Plaintiffs' breach of contract claim and entering judgment dismissing Plaintiffs' breach of contract claim.  (ECF Doc. #89).  The Opinion and Order was entered on March 30, 2015.

On March 28, 2018, the Court granted Plaintiffs' Rule 54(B) Motion for Entry of Final Judgment, entered final judgment on Plaintiffs' breach of contract claim, and found no just reason for delay of Plaintiffs' appeal.  (ECF Doc. #108).  Specifically, Plaintiffs appeal the Court's March 30, 2015 Opinion and Order to the extent it dismissed Plaintiffs' breach of contract claim against Defendant.

Respectfully submitted,

s/ *Stuart E. Scott*
STUART E. SCOTT (0064834)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232 | (216) 696-3924 (FAX)
*sscott@spanglaw.com*

HASSAN A. ZAVAREEI (DC 456161)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC 20036
(202) 973-0900
(202) 973-095 (FAX)
*hzavareei@tzlegal.com*

JASON WHITTEMORE
**WAGNER MCLAUGHLIN, P.A.**
601 Bayshore Boulevard, Suite 910
Tampa, FL 33606
(800) 360-6439
(813) 225-4010 (FAX)
*jason@wagnerlaw.com*

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

s/ *Stuart E. Scott*
STUART E. SCOTT (0064834)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*sscott@spanglaw.com*

*Counsel for Plaintiffs and the Proposed Class*