IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| *In re: Fifth Third Early Access Cash Advance Litigation* | ) CASE NO. 1:12-CV- 00851-MRB <br> ) <br> ) DISTRICT JUDGE MICHAEL R. <br> ) BARRETT <br> ) <br> ) **STIPULATION OF DISMISSAL OF** <br> ) **PLAINTIFFS WILLIAM** <br> ) **KLOPFENSTEIN AND DIANA HORN** <br> ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby file this stipulation of dismissal of Plaintiffs William Klopfenstein and Diana Horn, each party to bear their own costs and fees. This dismissal is with prejudice to Mr. Klopfenstein and Ms. Horn's right to bring any future lawsuit on their own behalf or on behalf of any proposed class, but without prejudice to their right to claim benefits as class members if benefits become available to them through settlement or judgment.

Dated: September 22, 2021                 Respectfully submitted,

| | |
|---|---|
| s/ Stuart E. Scott | s/ Amy B. McKinlay (Per Email Consent on 09/22/2021) |
| Stuart E. Scott (0064834) | |
| Dennis R. Lansdowne (0026036) | Enu A. Mainigi (*pro hac vice*) |
| SPANGENBERG SHIBLEY & LIBER LLP | Kenneth C. Smurzynski (*pro hac vice*) |
| 1001 Lakeside Avenue East, Suite 1700 | Craig D. Singer (*pro hac vice*) |
| Cleveland, OH 44114 | Amy McKinlay (*pro hac vice*) |
| Telephone: (216) 696-3232 | WILLIAMS & CONNOLLY LLP |
| Facsimile (216) 696-3924 | 725 Twelfth Street, N.W. |
| sscott@spanglaw.com | Washington, D.C. 20005 |
| dlansdowne@spanglaw.com | Tel. (202) 434-5000 |
| | Fax (202) 434.5029 |
| Hassan A. Zavareei (*pro hac vice*) | Email: emainigi@wc.com |
| Anna A. Haac (*pro hac vice*) | ksmurzynski@wc.com |
| TYCKO & ZAVAREEI LLP | csinger@wc.com |
| 1828 L Street NW, Suite 1000 | amckinlay@wc.com |
| Washington, D.C. 20036 | |
| Telephone: (202) 973-0900 | Brett A. Wall (0070277) |
| Facsimile: (202) 973-0950 | G. Karl Fanter (0075686) |
| hzavareei@tzlegal.com | Dante A. Marinucci (0089402) |

ahaac@tzlegal.com

Jason K. Whittemore (*pro hac vice*)
WAGNER MCLAUGHLIN, PA
601 Bayshore Blvd., Suite 910
Tampa, FL 33606
Telephone: (800) 360-6439
Facsimile: (813) 225-4010
Jason@wagnerlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

Sam A. Camardo (0089427) BAKER & HOSTETLER LLP
PNC Center
127 Public Square, Suite 2000
Cleveland, Ohio 44114-3482
(216) 621-0200 / Fax (216) 696-0740
Email: BWall@bakerlaw.com
Email: Kfanter@bakerlaw.com

William H. Hawkins II (0003865)
BAKER & HOSTETLER LLP
312 Walnut Street, Ste. 3200
Cincinnati, OH 45202-4074
Tel. (513) 929-3481
Fax (216) 929-0303
Email: whawkins@bakerlaw.com

*Counsel for Defendant Fifth Third Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

s/ Stuart E. Scott
STUART E. SCOTT (0064834)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*sscott@spanglaw.com*

*Co-Lead Counsel for Plaintiffs and the Class*

2