# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| *In re: Fifth Third Early Access Cash Advance Litigation* | CASE NO. 1:12-CV- 00851-MRB <br><br> DISTRICT JUDGE MICHAEL R. BARRETT <br><br> **<u>NOTICE OF WITHDRAWAL OF CO-COUNSEL PENNY UNKRAUT HENDY FOR PLAINTIFFS</u>** |

Pursuant to S.D. Ohio Civ. R. 83.4(d), please take notice that Penny Unkraut Hendy of Hendy Johnson Vaughn Emery, PSC (formerly Schachter, Hendy & Johnson, PSC), hereby withdraws as one of co-counsel for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by Stuart E. Scott and Dennis R. Lansdowne of Spangenberg Shilbley & Liber, LLP, and Class Counsel. Plaintiffs request that no additional pleadings, motions, and notices be sent to the attention of Penny Unkraut Hendy.

Respectfully submitted,

*/s/ Penny Unkraut Hendy*
Penny Unkraut Hendy
Hendy Johnson Vaughn Emery, P.S.C.
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tele:   (859) 578-4444
Fax:    (859) 578-4440
phendy@JusticeStartsHere.com
*Co-Counsel for Plaintiff's*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on this 2nd day of March, 2022, through the Court's ECF system, which will send an electronic notice to all counsel of record.

*/s/ Penny Unkraut Hendy*
Penny Unkraut Hendy