UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William R. Klopfenstein, et al.,

    Plaintiffs,

v.                    Case No.   1:12cv851

Fifth Third Bank,          Judge Michael R. Barrett

    Defendant.

## Civil Minutes
### Trial (Day 8)
### before the

**HONORABLE MICHAEL R. Barrett, U.S. DISTRICT JUDGE**
**COURT REPORTER:** Maryann Maffia, Official
**COURTROOM DEPUTY:** Krista Zeller
**LAW CLERK:** Grace Royalty
**DATE:** April 26, 2023    **TIME:** 8:48 - 4:30

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Hassan Zavareei | Enu Mainigi |
| Stuart Scott | Steven Pyser |
| Jason Whittemore | Craig Singer |
| Anna Haac | Amy Mc Finlay, Tim Pellegrino |

### WITNESSES

### PROCEDURES

- ✓ Counsel present
- ___ Plaintiff calls witnesses/continues
- ___ Plaintiff Rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ Defendant admits exhibits
- ___ Defendant renews Rule 50 Motion
- ___ Plaintiffs' rebuttal
- ___ Jury Charge conference held
- ✓ Closing Arguments
- ___ Opening Statements
- ___ Plaintiff admits exhibits
- ___ Defendant moves for Rule 50 motions
- ___ Defendant calls witnesses/continues
- ___ Defendant rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ No rebuttal
- ✓ Jury charged
- ✓ Jury deliberates

Court adjourned or in recess until 4/27/23 at 8:45.