# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

William R. Klopfenstein, *et al.*,

      Plaintiffs,

      v.

Fifth Third Bank,

      Defendant.

Case No. 1:12-cv-00851

Judge Michael R. Barrett

## <u>VERDICT FORM FOR DEFENDANT</u>

We, the jury in this case, being duly impaneled and sworn, find in favor of Defendant on the Class's breach of contract claim, and we render our verdict upon unanimous verdict of all members of this jury. Each juror concurring in said verdict signs his/her name hereto this ___27___ day of April, 2023.

**Those agreeing should sign their name in ink and print their full name under the signature.**



3