**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| William R. Klopfenstein, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Fifth Third Bank,<br><br>　　　　Defendant. | Case No. 1:12-cv-00851<br><br>Judge Michael R. Barrett |

## JURY INTERROGATORIES

Breach of Contract Claim:

1. Did Plaintiffs prove by the greater weight of the evidence that Defendant breached the Early Access Loan Agreement?

    Yes:____✓____　　　　No:_____

    **If you answer No, sign below and complete the verdict form in favor of Defendant. If you answer Yes, move to Question 2.**

Voluntary Payor Defense:

2. Did Defendant prove by the greater weight of the evidence that the voluntary payment doctrine applies to the class?

    Yes:____✓____　　　　No:_____

    **If you answer Yes, sign below and complete the verdict in favor of Defendant. If you answer no, move to Question 3.**

4

Damages:

3. In what dollar amount, if any, do you award damages for the Class?

   Answer: _____N/A_____

   **<u>Sign below and complete the verdict in favor of Plaintiffs and the Class.</u>**

**Your answer must be unanimous. Jurors should sign their name in ink and print their full name under the signature.**

5