**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re: Fifth Third Early Access Cash Advance Litigation | ) CASE NO. 1:12-CV-00851 <br> ) <br> ) HON. MICHAEL R. BARRETT <br> ) <br> ) <br> ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMIT ON LENGTH OF MEMORANDA**

Plaintiffs respectfully request leave to exceed the twenty (20) page limit up to and including forty-five (45) pages on their Memoranda in support of Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, in the alternative, for a Partial New Trial that will be filed this week. For the reasons stated below, good cause exists to permit the page-limit extension.

Local Rule 7.2(a) limits memoranda to twenty (20) pages without leave of the Court upon good cause shown. This Court's Standing Order on Civil Procured further requires that Memoranda in Support of any motion in this Court shall not exceed twenty (20) pages without first obtaining leave of Court.

The relief sought in Plaintiffs' Motion includes a judgment as a matter of law as well as alternative relief that is more appropriately addressed within the same memoranda. The page-limit extension is not excessive given the relief sought and is necessary for Plaintiffs to fully address their positions.

Pursuant to Local Rule 7.3, Plaintiffs' counsel conferred with Defendant's counsel regarding the relief sought in this Motion and Defendant does not oppose the relief sought subject to Plaintiffs not opposing the same relief regarding Defendant's response. Plaintiffs do not oppose the same extension being afforded to Defendant in filing its response.

1

WHEREFORE, Plaintiffs request leave to extend the page limit for their Memoranda in Support of Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, in the alternative, for a Partial New Trial up to and including forty-five (45) pages.

Dated:   May 23, 2023

          Respectfully submitted,

          */s/ Jason K. Whittemore*
          Jason K. Whittemore
          Wagner, McLaughlin & Whittemore, PA
          601 Bayshore Blvd. Suite 910
          Tampa, FL 33606
          (800) 360-6439
          813-225-4010 (Fax)
          Email: Jason@wagnerlaw.com

          Hassan A. Zavareei
          Anna C. Haac
          Shana Khader
          TYCKO & ZAVAREEI LLP
          2000 Pennsylvania Ave. NW, Suite 1010
          Washington, D.C. 20036
          (202) 949-3783
          hzavareei@tzlegal.com
          ahaac@tzlegal.com

          Stuart E. Scott (0064834)
          Dennis R. Lansdowne (0026036)
          Spangenberg Shibley & Liber LLP  1001
          Lakeside Ave E, Suite 1700
          Cleveland, OH 44114
          (216) 696-3232
          (216) 696-3924 (fax)
          sscott@spanglaw.com
          dlansdowne@spanglaw.com

          *Co-Lead Counsel for Plaintiffs and the  Class*

## CERTIFICATE OF SERVICE

On May 23, 2023, a true and correct copy of the foregoing was filed via the Court's Electronic Filing System. Copies will be served upon counsel of record by, and may be obtained, through the Court's CM/ECF Systems.

Respectfully submitted,

*/s/ Jason K. Whittemore*
Jason K. Whittemore (pro hac vice)
Wagner, McLaughlin & Whittemore, PA
601 Bayshore Blvd. Suite 910
Tampa, FL 33606
(800) 360-6439
813-225-4010 (Fax)
Email: Jason@wagnerlaw.com

*Class Counsel for Plaintiffs*