**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| In re: Fifth Third Early Access Cash Advance Litigation | Case No. 1:12-cv-00851-MRB<br><br>Judge Michael R. Barrett |

**PROPOSED ORDER**

Plaintiffs' Motion for Extension of Time to File Replies to their reply to the Motion for Attorneys' Fees, Costs, and Incentive Awards is GRANTED. Plaintiffs may file their reply to their Motion for Attorneys' Fees, Expenses, and Incentive Awards until 14 days following either (1) Defendant Fifth Third has fully responded to Plaintiffs' Interrogatories or (2) the Court denies Plaintiffs' motion.

*IT IS SO ORDERED*.

_____
DATE

_____
UNITED STATES DISTRICT JUDGE