UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William R. Klopfenstein, *et al*.,

    Plaintiffs,

v.

Fifth Third Bank,

    Defendant.

Case No.  1:12cv851

Judge Michael R. Barrett

## ORDER

This matter is before the Court upon several motions which were filed before and during the jury trial in this matter:

> Plaintiffs' Motion to Strike "Supplemental" Expert Disclosure of Timothy H. Hart Pursuant to Rule 37(c) (Doc. 203)
>
> Defendant's Motion Leave to Serve Supplemental Report of Timothy Hart. (Doc. 208)
>
> Defendant's Motion for a Curative Instruction (Doc. 252)
>
> Defendant's Motion to Strike Certain Trial Testimony of Patricia Oliver (Doc. 257)
>
> Defendant's Motion to Strike PX-33 and Exclude References to It in Closing (Doc. 258)

These motions were partially ruled upon or became moot based upon the presentation of evidence at trial.  Accordingly, the above motions are **DENIED as MOOT**.

**IT IS SO ORDERED.**

                                      */s/ Michael R. Barrett*
                                    JUDGE MICHAEL R. BARRETT