# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: Fifth Third Early Access Cash Advance Litigation | Case No. 1:12-cv-00851-MRB<br><br>Judge Michael R. Barrett |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL
## AMY B. MCKINLAY FOR FIFTH THIRD BANK

In accordance with Southern District of Ohio Local Rule 83.4(b), Fifth Third Bank hereby gives notice of the withdrawal of Amy B. McKinlay as counsel of record for Fifth Third Bank. Fifth Third Bank will continue to be represented by Williams & Connolly LLP and Baker & Hostetler LLP. Fifth Third Bank respectfully asks that the Clerk remove Ms. McKinlay from all further ECF notifications.

Dated: June 20, 2024

Respectfully submitted,

/s/*Enu A. Mainigi*
Enu A. Mainigi (*pro hac vice*)
Craig D. Singer (*pro hac vice*)
Steven M. Pyser (*pro hac vice*)
Amy B. McKinlay (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel. (202) 434-5000
Fax (202) 434-5029
Email:  emainigi@wc.com
            csinger@wc.com
            spyser@wc.com
            amckinlay@wc.com

Karl Fanter (0075686)
Dante A. Marinucci (0089402)
BAKER & HOSTETLER LLP

                                              127 Public Square, Suite 2000
                                              Cleveland, OH 44114
                                              Tel. (216) 621-0200
                                              Fax (216) 696-0740
                                              Email:  kfanter@bakerlaw.com
                                                               dmarinucci@bakerlaw.com

*Attorneys for Fifth Third Bank*

## **CERTIFICATE OF SERVICE**

On June 20, 2024, a copy of the foregoing was filed via the Court's Electronic Filing System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF Systems.

Respectfully submitted,

/s/*Enu A. Mainigi*
Enu A. Mainigi